IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-671-D

| | |
|---|---|
| SONIA I. WRIGLESWORTH, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CHRISTINE WORMUTH, )<br>Secretary of the United States Army, )<br>)<br>Defendant. ) | **ORDER** |

Sonia Wriglesworth ("Wriglesworth" or "plaintiff") seeks relief from her employer, the Department of the Army ("Army" or "defendant"), under Title VII of the Civil Rights Act of 1964. See Am. Compl. [D.E. 20]. On July 24, 2017, an Administrative Judge within the Equal Employment Opportunity Commission ("EEOC") granted the Army's motion for summary judgment concerning Wriglesworth's claim. See [D.E. 20-3]. Wriglesworth appealed, and the EEOC affirmed. See [D.E. 20-4].

On December 14, 2020, Wriglesworth filed suit. See [D.E. 1]. On May 7, 2021, Wriglesworth filed an amended complaint. See Am. Compl. On May 21, 2021, the Army moved to dismiss Wriglesworth's amended complaint for failure to state a claim upon which relief can be granted [D.E. 21] and filed a memorandum in support [D.E. 22]. On August 20, 2021, Wriglesworth responded in opposition [D.E. 30].

For the reasons stated in defendant's memorandum of law [D.E. 22], the court GRANTS defendant's motion to dismiss [D.E. 21] and DISMISSES WITHOUT PREJUDICE plaintiff's amended complaint [D.E. 20]. The court DISMISSES as moot defendant's motion to dismiss plaintiff's complaint [D.E. 13].

SO ORDERED. This 28 day of December, 2021.

　　　　　　　　　　　　　　　　　　　／s／ Dever
　　　　　　　　　　　　　　　　　　　JAMES C. DEVER III
　　　　　　　　　　　　　　　　　　　United States District Judge