UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| SONIA I. WRIGLESWORTH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A** |
| v. | ) | **CIVIL CASE** |
| | ) | **CASE NO. 5:20-CV-671-D** |
| RYAN D. MCCARTHY, | ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion to dismiss [D.E. 21] and DISMISSES WITHOUT PREJUDICE plaintiff's amended complaint [D.E. 20]. The court DISMISSES as moot defendant's motion to dismiss plaintiff's complaint [D.E. 13].

**This Judgment Filed and Entered on December 28, 2021, and Copies To:**

| | |
|---|---|
| Sonia Wriglesworth | (Sent to 158 Pine Ridge Drive, Whispering Pines, NC 28327 via US Mail) |
| Rudy E. Renfer | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE: | PETER A. MOORE, JR., CLERK |
| December 28, 2021 | (By) /s/ Nicole Sellers |
| | Deputy Clerk |